UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-----------------------------------------------------------------x
THE UNITED STATES OF AMERICA,

   -against-

GERRY DUANE BURNETT,

                    Defendant.
-----------------------------------------------------------------x

NOTICE OF MOTION

Docket # 12-CR-00042 (BAH)

PLEASE TAKE NOTICE, that upon the Affirmation of SCOTT BRETTSCHNEIDER, ESQ., counsel for the Defendant, GERRY DUANE BURNETT, and upon all prior proceedings heretofore had herein, your Affirmant will move this Court, before the Honorable Beryl A. Howell, at the Courthouse, 333 Constitution Avenue, N.W., Washington, DC 20001, at a date and time to be determined by this Court, for an Order formally relieving SCOTT BRETTSCHNEIDER as counsel for Defendant.

Dated: Uniondale, N.Y.
       March 18, 2013

                                       Yours, etc.

                                       /s/ Scott Brettschneider
                                       SCOTT BRETTSCHNEIDER
                                       Attorney for Defendant
                                       GERRY DUANE BURNETT
                                       626 RXR Plaza
                                       6th Floor, West Tower
                                       Uniondale, N.Y. 11556
                                       (516) 987-3616

To:
AUSA Steven B. Wasserman
VIA ECF

Clerk of the Court
VIA ECF