Government
Plaintiff
Defendant ☒
Joint
Court

UNITED STATES OF AMERICA
vs.
TRAXTON YOUNG JR, et al.

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 18 | POLICE REPORT OF TRAFFIC STOP, MARYLAND STATE POLICE | 4/12/13 | | T. ZINN | |
| 1 | VIDEO FROM VEHICLE'S HARD DRIVE RE: TRAFFIC STOP | 4/12/13 | | T. ZINN | |
| 2 | 4 CLIPS TAKEN FROM TRAFFIC STOP VIDEO | 4/12/13 | 4/12/13 | T. ZINN & T.J. SELBACK | |
| 3 | REAR OF VEHICLE IN TRAFFIC STOP | | 4/12/13 | T. ZINN | |
| 4 | SHOES IN 2ND ROW OF VEHICLE CONTAINING HEROIN (PHOTOGRAPH) | 4/12/13 | 4/12/13 | T. ZINN | |
| 5 | SHOES W/ BAG INSIDE SHOES CONTAINING NARCOTICS (PHOTOGRAPH) | 4/12/13 | 4/12/13 | T. ZINN | |
| 6 | SHOES (ANOTHER ANGLE) W/ BAG CONTAINING NARCOTICS (PHOTOGRAPH) | 4/12/13 | 4/12/13 | T. ZINN | |
| 7 | RUBBER GLOVE CONTAINING NARCOTICS (PHOTOGRAPH) | 4/12/13 | 4/12/13 | T. ZINN | |
| 8 | NARCOTICS RECOVERED DURING TRAFFIC STOP | 4/12/13 | 4/12/13 | T. ZINN | |
| 10 | CONTENTS OF TRUNK OF VEHICLE | 4/12/13 | 4/12/13 | T. ZINN | |

Clerk, U.S. District and Bankruptcy Courts
FILED
APR 12 2013

PAGE 1 of 2

UNITED STATES OF AMERICA

VS.

THAXTON YOUNG, JR., et al.

Civil/Criminal No. _____

FILED
APR 12 2013
Clerk, U.S. District and
Bankruptcy Courts

- [x] Government
- [ ] Plaintiff
- [ ] Defendant
- [ ] Joint
- [ ] Court

EXHIBITS SENT INTO JURY (date & time)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS |
|---|---|---|---|---|
| 11 | CLOSE-UP OF CONTENTS OF TRUNK OF VEHICLE. | 4/12/13 | 4/12/13 | T. ZINN |
| 12 | RENTAL AGREEMENT FROM HERTZ SIGNED BY THAXTON YOUNG | 4/12/13 | 4/12/13 | T. ZINN |
| 13 | TRAFFIC CITATION TO MR. MCDUFFIE | 4/12/13 | 4/12/13 | T. ZINN |
| 14 | TRAFFIC VIOLATION WARNING ISSUED TO MR. MCDUFFIE | 4/12/13 | 4/12/13 | T. ZINN |
| 15 | CERTIFICATE OF TRAINING & COMPLETION OF PONN, POLICE DOG IN NARCOTICS DETECTION. | 4/12/13 | | J. SEILBACK |

PAGE 2
12-42